UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X
THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and DENISE M.
RICHARDSON, CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL A.
CRABTREE, and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO BY
ITS PRESIDENT & BUSINESS MANAGER THOMAS A.
CALLAHAN,

**STIPULATION
OF DISCONTINUANCE**

CV-18-0862 (LDH) (JO)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 26 2018 ★

BROOKLYN OFFICE

                        Plaintiffs
        -against-

DIMENSION DEVELOPMENT CORP. and DIMENSION
DEVELOPMENT LAND SURVEYING, D.P.C.,

                        Defendants.
———————————————————————X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Plaintiffs and Defendants in the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued as against Defendants in accordance with the terms and conditions of a Stipulation of Settlement dated December 18, 2018, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Tarrytown, New York
       December 20, 2018

BRADY McGUIRE & STEINBERG, P.C.

/s/ James M. Steinberg

By: James M. Steinberg, Esq.
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

LOUIS M. ATLAS, P.C.

/s/ Louis M. Atlas

By: Louis M. Atlas, Esq.
Attorneys for Defendants
260 Madison Avenue, 15th Floor
New York, New York 10010
(212) 213-9666

**So Ordered:**

            s/ LDH
_____
The Honorable LaShann DeArcy Hall, U.S.D.J.